UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BADGER MUTUAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>STONE PARK ENTERTAINMENT, INC., NICHOLAS MURPHY, and PHIL MCFADDEN,<br><br>    Defendants. | Case No. 1:22-CV-06123<br><br>Honorable Jeremy C. Daniel |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their undersigned counsel, that the above-captioned action, inclusive of all pleaded claims, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Dated: September 26, 2023.

*Electronically signed by*
*Jason R. Fathallah*
_____

Jason R. Fathallah
Husch Blackwell LLP
511 N. Broadway, Suite 1100
Milwaukee, WI 53202
Phone: (414) 273-2100
Fax: (414) 223-5000
jason.fathallah@huschblackwell.com

*Attorneys for Plaintiff Badger Mutual Insurance Company*

_____

Lawrence W. Byrne
Anthony D. Pesce
Pederson & Houpt
161 N. Clark Street, Suite 2700
Chicago, IL 60601
(312) 261-2191
(312) 261-2155
lbyrne@pedersenhoupt.com
apesce@pedersenhoupt.com

*Attorneys for Defendant Stone Park Entertainment, Inc.*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 26, 2023, the foregoing Stipulation for Voluntary Dismissal was electronically filed with the Clerk of Court via the electronic filing system, serving all counsel of record.

                                                  *Electronically signed by*
                                                  *Jason R. Fathallah*
                                                  Jason R. Fathallah