# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Badger Mutual Insurance Company

                                      Plaintiff,

v.                                                                 Case No.: 1:22−cv−06123

                                                                                      Honorable Jeremy C. Daniel

Stone Park Entertainment, Inc., et al.

                                       Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 27, 2023:

        MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to Joint Stipulation for Voluntary Dismissal [28], this case is dismissed with prejudice. Civil case terminated. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.